JUDGE ROBERT J. BRYAN

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7  UNITED STATES OF AMERICA,          )     CR12-5042RJB
                                      )
8          Plaintiff,                 )
                                      )     ORDER DELAYING DEFENDANT'S
9          vs.                        )     REPORT DATE TO BUREAU OF
                                      )     PRISONS
10 DAVID J. PATRICK,                  )
                                      )
11         Defendant.                 )
   _____   )

12
13     THIS MATTER having come on before the Court on defendant's motion to delay his
14 report date to Bureau of Prisons, and the Court having reviewed the instant motion and the
   records in this matter, the Government having no opposition,
15
16     IT IS HEREBY ORDERED that the report date for the defendant to serve his 18 month
   sentence be delayed until after February 22, 2013.
17
18     DATED this 17th day of January, 2013.

19
20
                                      Robert J Bryan
21                                    United States District Judge
22
23
   Presented by:
24
25 s/ Linda R. Sullivan
26 Linda R. Sullivan
   Attorney for David J. Patrick

ORDER DELAYING REPORT DATE - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway., Suite 400**
**Tacoma Washington  98402**
**(253) 593-6461**